# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02546-BNB

GREGORY STEWART HUBLER,

    Plaintiff,

v.

ARI W. ZAVARAS, Executive Director C.D.O.C.,
RUSTY LANDER, SOTMP Coordinator, and
ANTHONY DeCESARO, Step 3 Grievance Officer,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -7 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion to Amend Prisoner Complaint" filed on December 2, 2008, is GRANTED. Plaintiff is directed to file his amended complaint within **thirty (30) days from the date of this minute order.**

Dated: January 7, 2009

Copies of this Minute Order mailed on January 7, 2009, to the following:

Gregory Stewart Hubler
Prisoner No. 61108
Huerfano County Corr. Center
304 Ray Sandoval Street - Echo 5118
Walsenburg, CO 81089

                                            Secretary/Deputy Clerk