# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02546-BNB

GREGORY STEWART HUBLER,

    Plaintiff,

v.

ARI W. ZAVARAS, Executive Director C.D.O.C.,
RUSTY LANDER, SOTMP Coordinator, and
ANTHONY DeCESARO, Step 3 Grievance Officer,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 15 2009

GREGORY C. LANGHAM
               CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Compel Defendant's Response to Request for Admissions" filed on January 14, 2009, is DENIED as premature.

Dated: January 15, 2009

Copies of this Minute Order mailed on January 15, 2009, to the following:

Gregory Stewart Hubler
Prisoner No. 61108
Huerfano County Corr. Center
304 Ray Sandoval Street - E5118
Walsenburg, CO 81089

                        Secretary/Deputy Clerk