IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02546-PAB-BNB

GREGORY STEWART HUBLER,

Plaintiff,

v.

RUSTY LANDER,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Notice of Address Change and Request for Statement on the Status of the Case** [docket no. 33, filed May 8, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to send to the plaintiff a copy of the most current docket sheet.


DATED:  May 11, 2009